IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT,** **PLAINTIFF**
**ADC #131042**

V.  CASE NO. 5:18-CV-150-JM-BD

**JAMES GIBSON, et al.** **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Scott's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion to dismiss (docket entry #14) is GRANTED. Mr. Scott's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 25th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE