# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DEVERICK SCOTT,**                                                                 **PLAINTIFF**
**ADC #131042**

**V.**                               **CASE NO. 5:18-CV-150-JM-BD**

**JAMES GIBSON, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT

PREJUDICE.

IT IS SO ORDERED, this 25th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE